## CEPERO *v.* RINCON DE GAUTIER, CITY MANAGER, SAN JUAN.

No. 108, Misc.   Decided October 9, 1961.

PER CURIAM.

The appeal is dismissed.

## CEPERO *v.* PUERTO RICO ET AL.

No. 164, Misc.   Decided October 9, 1961.

PER CURIAM.

The appeal is dismissed.

## CEPERO *v.* PUERTO RICO ET AL.

No. 382, Misc.   Decided October 9, 1961.

PER CURIAM.

The appeal is dismissed.